UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                 :
UNITED STATES OF AMERICA,    :
                 :
                 :           1:19-cv-10509-GHW
                 :
-v-                :
                 :           1:16-cr-00656-GHW-19
                 :
LUIS CABAN,             :           <u>ORDER</u>
                 :
           Defendant. :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/19

GREGORY H. WOODS, United States District Judge:

The Court is in receipt of a letter from Mr. Caban stating that he wishes to proceed with his motion under 28 U.S.C. § 2255. Case No. 19-cv-10509, Dkt. No. 8. Based on Mr. Caban's representations that he has been delayed in receiving his mail and has been unable to file a reply to the Government's opposition, the time for Mr. Caban to file his reply is extended to January 31, 2020.

The Clerk of Court is directed to send a copy of this order to Mr. Caban by first-class and certified mail.

SO ORDERED.

Dated: December 16, 2019
New York, New York

                                                              GREGORY H. WOODS
                                                            United States District Judge