USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                            :
  UNITED STATES OF AMERICA,            :
                                                            :                         1:19-cv-10509-GHW
                       -v-                              :
                                                            :                         1:16-cr-00656-GHW-19
                                                            :
  LUIS CABAN,                                 :                             <u>ORDER</u>
                                                            :
                                Defendant.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court is in receipt of a letter from Mr. Caban dated April 16, 2020 requesting an extension of the deadline to reply to the Government's opposition. Case No. 1:19-cv-10509-GHW, Dkt. No. 16; Case No. 1:16-cr-00656-GHW-19, Dkt. No. 733. That application is granted. Accordingly, the time for Mr. Caban to file his reply is extended to August 28, 2020.

      The Clerk of Court is directed to mail a copy of this order to Mr. Caban.

      SO ORDERED.

Dated:  April 28, 2020

                                                       GREGORY H. WOODS
                                                  United States District Judge