UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIS CABAN,

                Petitioner,

-against-

UNITED STATES,

                Respondent.
------------------------------------------------------------X

19 **CIVIL** 10509 (GHW)
16 **CR.** 656 (GHW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 14, 2022, because the Petition was not filed timely, the Petition is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962). Judgment is entered for the United States in case 19cv10509; accordingly, case 19cv10509 is closed.

**DATED:** New York, New York
          May 16, 2022

                                    **RUBY J. KRAJICK**

                                        Clerk of Court
                     BY:
                                        **Deputy Clerk**