```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :         1:19-cv-10509-GHW
                                                              :
                      -v-                                     :
                                                              :         1:16-cr-00656-GHW-19
                                                              :
    LUIS CABAN,                                               :         ORDER
                                                              :
                                        Defendant.            :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2022

GREGORY H. WOODS, United States District Judge:

On May 14, 2022, the Court denied the petition for *habeas corpus* submitted by Luis Caban. Dkt. No. 959 in 1:16-cr-00656-GHW. Mr. Caban has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253 with respect to the final order denying Mr. Caban's petition.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this order to Mr. Caban.

SO ORDERED.

Dated: July 8, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge